IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBRA KEMPER, | ) | 4:07CV3044 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BEVERLY HEALTHCARE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 30) is granted, as follows:

Plaintiff shall have until December 17, 2007, to respond to Defendant's motion for summary judgment (filing 26).

December 3, 2007.                    BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge